UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BROWN,<br><br>        Petitioner,<br><br>    v.<br><br>RICHARD IVES, WARDEN,<br><br>        Respondent. | CASE NO. CV 14-0116-DDP (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Petition With Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

    DATED:    <u>July 16, 2014</u>.

 

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\judgment.wpd